# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
:
Good Skin Day LLC. Missouri limited :
liability company, :
: Index No.: 1:22-cv-001703
Plaintiff, :
: **ORDER CONCERNING U.S.**
- against - : **TRADEMARK REGISTRATION**
: **NO. 5965564**
SOKO GLAM, INC., a Delaware corporation, :
:
Defendant. :
-------------------------------------------------- x

WHEREAS, the parties having come before this Court and stipulated to the relief requested herein and with good cause for such relief shown to the Court,

**IT IS HEREBY ORDERED,** pursuant to 15 U.S.C. § 1119, that the United States Patent and Trademark Office is hereby directed to take no further action with respect to Petition No. 2022-100112 filed by Defendant Soko Glam, Inc. on June 3, 2022, requesting reexamination of registered Trademark Registration No. 5965564, and is further Ordered, that the United States Trademark Office is not to institute any proceedings based thereon and instead is to issue an order of termination thereof, leaving said registration intact and uncancelled in whole or in part as of the date of this Order, with such Petition No. 2022-100112 to have no effect on the validity of the registration and this Order to be without prejudice to any later filings or proceedings by any party.

Dated: August 11, 2022

_____
Victor Marrero
U.S.D.J.